IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA, )
)
    v. )
)    CRIMINAL NO.   3:16-MJ-166
KATHLEEN E. MAY, )
)
          Defendant. )

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1.    Defendant, KATHLEEN E. MAY, was present on Dahlgren Naval Base, Dahlgren, Virginia, in the Eastern District of Virginia.

2.    Dahlgren Naval Base, Dahlgren, Virginia is property administered by the Department of Defense and is within the special maritime and territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about May 8, 2016, at Dahlgren Naval Base, Dahlgren, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special maritime and territorial jurisdiction of the United States and this Court, defendant, KATHLEEN E. MAY, was found operating a motor vehicle on a highway at a speed or in a manner so as to endanger the life, limb, or property of any person.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-852.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney