# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

UNITED STATES OF AMERICA

v.

KATHLEEN E. MAY,

Defendant.

Case Number: 3:16-MJ-00166-DJN

USM Number:

Defendant's Attorney: Laura J. Koenig, Esq.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count ONE (1).

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 13, assimilating the 1950 Code of VA, as amended, § 46.2-852 | Reckless driving | Misdemeanor | 5/8/16 | 1 |

As pronounced on July 7th, 2016, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 7th day of July, 2016.

/s/

David J. Novak
United States Magistrate Judge

Dated: July 7, 2016

Case Number: 3:16-MJ-00166-DJN
Defendant's Name: May, Kathleen E.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Page 2.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $0.00 |
| **TOTALS:** | **$25.00** | **$0.00** | **$0.00** |

*** 10 hours of community service to be performed no later than October 7, 2016***

# FINES

No fine has been ordered in this case.

# RESTITUTION

No restitution has been ordered in this case.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due no later than October 7, 2016.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.